**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                   :

IN RE:                                 :             ORDER

                                   :     03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON         :
SEPTEMBER 11, 2001           :

                                   :

------------------------------------x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant Al Rajhi Bank's renewed motion to dismiss and motion for

summary judgment for lack of personal jurisdiction (ECF No. 9785[1]) is scheduled for December

10, 2024 at 9:45 a.m.


Dated:  October 9, 2024
       New York, New York

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            United States District Judge

---

[1] This ECF citation refers to the document filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).